**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Candice E. Renka, Esq.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
crenka@maclaw.com
   Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL R. YAZDI, individually and on behalf of all persons similarly situated,<br><br>                    Plaintiff,<br>     vs.<br><br>CST USA, INC., a Delaware corporation dba Corner Store USA Holdings, Inc.; CST BRANDS, INC., a Delaware corporation; CST REAL ESTATE HOLDINGS, LLC, a Delaware limited liability company dba CST BRANDS REAL ESTATE HOLDINGS, LLC; CST REAL ESTATE HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, INC., a Delaware corporation; CST BRANDS HOLDINGS, LLC, a Delaware limited liability company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No.:      2:15-cv-00228-RFB-PAL |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiff, Michael R. Yazdi, by and through his counsel of record, the law firm of Marquis Aurbach Coffing, and Defendants, CST USA, Inc., CST Brands, Inc., CST Real Estate Holdings, LLC, CST Real Estate Holdings, Inc., CST Brands Holdings, Inc., and CST Brands Holdings, LLC ("Defendants"), by and through their counsel of record, the law firm of Greenberg Traurig, LLP, hereby stipulate and agree as follows:

1. CST Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction on August 14, 2015, Docket #18 (the "Defendants' Motion to Dismiss").

2. The Response to the Defendants' Motion to Dismiss is currently due on or before August 31, 2015.

3. Plaintiff's counsel requires one additional week to prepare the Response because of other deadlines and workload issues.

4. Accordingly, the Parties agree to extend the Response deadline by one week, with the Response to be due on or before September 7, 2015 and any Reply thereto to be due on or before September 14, 2015.

IT IS SO STIPULATED.

Dated this 28th day of August, 2015

**MARQUIS AURBACH COFFING**

By: */s/ Candice E. Renka, Esq.*
SCOTT A. MARQUIS, ESQ.
Nevada Bar No. 6407
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff Yazdi*

Dated this 28th day of August, 2015

**GREENBERG TAURIG, LLP**

By: */s/ Tyler R. Andrews, Esq.*
TYLER R. ANDREWS, ESQ.
Nevada Bar No. 9499
MOOREA L. KATZ, ESQ.
Nevada Bar No. 12007
3773 Howard Hughes Parkway,
Suite 400 North
Las Vegas, NV 89169
*Attorneys for CST Defendants*

/ / /

/ / /

/ / /

MAC: iManage_2596911_1 8/28/2015 1:55 PM

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Response to CST Defendants' Motion to Dismiss [#18] shall be filed on or before September 7, 2015; and

2. Any Reply shall be filed by September 14, 2015.

ORDER

IT IS SO ORDERED:

Submitted by:

MARQUIS AURBACH COFFING

By: *Candice E. Renka, Esq.*
SCOTT A. MARQUIS, ESQ.
Nevada Bar No. 6407
CANDICE E. RENKA, ESQ.
Nevada Bar No. 11447
10001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Plaintiff Yazdi*

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 2nd day of September, 2015.

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC: iManage_2596911_1 8/28/2015 1:55 PM